**Lori LEMMER, On Behalf of Herself and All Others Similarly Situated, Plaintiff—Appellant,**

v.

**NU–KOTE HOLDING, INC; et al, Defendants,**

**David F. Brigante; Daniel M Kerrane; Anthony G Schmeck, Defendants— Appellees.**

No. 02–11080.

United States Court of Appeals, Fifth Circuit.

Aug. 12, 2003.

---

Before EMILIO M. GARZA and DENNIS, Circuit Judges, and VANCE,* District Judge.

PER CURIAM.**

We hold the district court did not abuse its discretion in dismissing the underlying case with prejudice. *See Goldstein v. MCI Worldcom,* 340 F.3d 238 (5th Cir.2003); *Rosenzweig v. Azurix Corp.,* 332 F.3d 854 (5th Cir.2003).

AFFIRMED.

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

